UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
**Proceeding Memorandum/Order**

**In Re:** Roosevelt Coles and Karen Kappler Coles                    **Case/AP Number** 15-10761 **-FJB**
                                                                      **Chapter** 13

#37 Objection to Claim 13,14,15,16,17 of Claimant Cavalry Spv I, LLC. filed by Joint Debtor Karen Kappler Coles, Debtor Roosevelt Coles.

**COURT ACTION:**

_____Hearing held

_____Granted          _____Approved          _____Moot

_____Denied           _____Denied without prejudice     _____Withdrawn in open court

_____Overruled        _____Sustained

_____Continued to_____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by_____

_____No appearance by _____

Show Cause Order     _____Released    _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

This matter having come before the Court on the above-referenced Objection to Proof of Claim Nos. 13, 14, 15, 16, and 17 (the "Objection") filed by Roosevelt Coles and Karen Kappler Coles (the "Debtors"); the Debtors having served the Objection and the notice of objection on Cavalry SPV I, LLC, holder of Claim Nos. 13, 14, 15, 16, and 17; as no response has been filed; and for further good cause shown, it is hereby ordered that Claim Nos. 13, 14, 15, 16, and 17 held by Cavalry SPV I, LLC, shall be treated as requested and disallowed in full.

IT IS SO ORDERED:

*Frank J Bailey* (signature)

_____Dated: 08/03/2015
Frank J. Bailey
United States Bankruptcy Judge