**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**Proceeding Memorandum/Order**

**In Re:** Roosevelt Coles and Karen Kappler Coles        **Case/AP Number** 15-10761 **-FJB**
**Chapter** 13

#131 Notice of Non-Compliance filed by Creditor U.S. Bank Trust National Association, as Trustee of the Tiki Series III Trust Re: [123] Order Re: [85] Motion For Relief From Stay. (Swain, Michael)
#134 Response filed by Joint Debtor Karen Kappler Coles, Debtor Roosevelt Coles. (Parks, William)
#140 Supplemental [134] Response filed by Joint Debtor Karen Kappler Coles, Debtor Roosevelt Coles. (Parks, William)

**COURT ACTION:**

_____Hearing held

_____Granted    _____Approved    _____Moot

_____Denied    _____Denied without prejudice    _____Withdrawn in open court

_____Overruled    _____Sustained

_____Continued to _____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by _____

_____No appearance by _____

Show Cause Order    _____Released    _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Hearing held. The Debtor is directed to make payments in certified funds to U.S Bank Trust National Association in the amounts of $15,206.86 and $2,103.41 by 4:30 P.M. on March 1, 2019. Failing which, U.S Bank Trust National Association shall file an affidavit of non-compliance and the motion for relief from stay shall be allowed without further process or hearing.

IT IS SO ORDERED:

_/s/ Frank J. Bailey_    Dated: 01/31/2019
Frank J. Bailey
United States Bankruptcy Judge